UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jessica Berk_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_City of New York
(NYPD) (6th Precinct)
Sgt. Jane Doe (1)
Off. John Doe (1)
Off. Jane Doe (1)
Off. Jane Doe (2)
Off. John Doe (2)
Sgt. Jane Doe (3)
Lt. John Doe_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)_

RECEIVED
SDNY PRO SE OFFICE

2016 JUN -7  PM 2: 54

S.D. OF N.Y.

**COMPLAINT**

Jury Trial:  ☑ Yes   ☐ No
(check one)

# 16CV4252

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _Jessica Berk_
               Street Address _95 Christopher St. #15-H_
               County, City _New York_
               State & Zip Code _N.Y. — 10014 —_
               Telephone Number _(646) 664-5856_

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____
                      Street Address _____

Rev. 05/2010

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 2          Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 3          Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 4          Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _False Arrest, False Imprisonment_ _Malicious Prosecution, Abuse of Process_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _In My Apt._

B.   What date and approximate time did the events giving rise to your claim(s) occur? _Around 11: AM on MARCH 31, 2014._

C.   Facts: _A gun was planted in my home, which the Police seemed to know would be found, since they arrived prior to that. They then coached a Bystander to Lie, while letting the Real Witness go. (Illegal) The Sgt. had the officers place me -under Arrest. Then illegally searched my home. She also locked up my house, then evicted my domestic partner, with my dog._

> What happened to you?

> Who did what?

> Was anyone else involved?

_My Partner._

> Who else saw what happened?

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _I am still experiencing Panic Attacks, Insomnia + fear of my door being kicked in._

Rev. 0: '2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ___ $ 2 MiLLiON ___

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ 7 day of ___ JUNE ___, 20 16

Signature of Plaintiff _____ Jessica Berk _____

Mailing Address _____ 95 Christopher St _____

_____ Suite 15+H _____

_____ New York New York _____

Telephone Number _____ — 10014 — _____

Fax Number (if you have one) _____ (646) 664-5856 _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*